```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 02091
  RUDY M REBOLLEDO
  JHOANALYN REBOLLEDO                           CHAPTER 13

                                                JUDGE: MANUEL BARBOSA

             Debtor
    SSN XXX-XX-5584      SSN XXX-XX-2902


--------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 03/06/06 and confirmed on 06/06/06.

    2.  The case was dismissed after confirmation, 10/23/2008.

    3.  The Debtor paid a total of $  56800.00 .

    4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| NATIONAL CITY MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| NATIONAL CITY MORTGAGE | MORTGAGE ARRE | 55742.53 | .00 | 43899.66 |
| GREATER CHICAGO FINANCE | SECURED VEHIC | 4483.53 | 71.29 | 4483.53 |
| WELLS FARGO FINANCIAL IN | SECURED VEHIC | 3250.00 | 29.04 | 3250.00 |
| VOLKSWAGON CREDIT | UNSECURED | 18205.04 | 333.60 | 666.35 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CITIFINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| DEVRY INC | UNSECURED | 1770.00 | 32.44 | 64.78 |
| HOUSEHOLD CREDIT SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 4557.20 | 83.56 | 166.80 |
| QUEST DIAGNOSTICS | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 910.36 | 16.71 | 33.31 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 2903.20 | 53.22 | 106.26 |
| SBC/AMERITECH | UNSECURED | NOT FILED | .00 | .00 |
| WORLD FINANCIAL NETWORK | UNSECURED | 603.25 | 11.11 | 22.06 |
| GREATER CHICAGO FINANCE | UNSECURED | 649.35 | 11.88 | 23.77 |
| WELLS FARCO FINANCIAL IN | UNSECURED | 438.79 | 8.03 | 16.06 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| RESURGENT CAPITAL SERVIC | UNSECURED | 114.58 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1456.22 | 26.72 | 53.30 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 672.46 | 12.32 | 24.61 |
| WORLD FINANCIAL NETWORK | UNSECURED | 98.22 | .00 | .00 |

```
             Summary of disbursements:
--------------------------------------------------------------------------
              SECURED      PRIORITY     UNSECURED       OTHER        TOTAL
```

```
TOTAL CLMS ALLOWED     63476.06            .00    32378.67            .00    95854.73
PRINCIPAL PAID         51633.19            .00     1177.30            .00    52810.49
INTEREST PAID            100.33            .00      589.59            .00      689.92
TOTAL PAID             51733.52            .00     1766.89            .00    53500.41
```

The Debtor's attorney, JAMES A YOUNG & ASSOC       , was allowed $   2500.00
and was paid $   1500.00   direct and $   1000.00   through the plan.

The Trustee received $    2299.59 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 01/16/09                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE




                            PAGE   2
         CASE NO. 06 B 02091 RUDY M REBOLLEDO & JHOANALYN REBOLLEDO